**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Advanced Trenchless, Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years | |
|---|---|---|

Include any assumed names, trade names and *doing business as* names

**FDBA  Sewerinspections.com**
**FDBA  Advanced Construction Supply**
**FDBA  Affinity Groundworks**

| 3. | Debtor's federal Employer Identification Number (EIN) | **45-1809949** |
|---|---|---|

**4. Debtor's address**

**Principal place of business**

**4980 Pacheco Blvd., Suite B**
**Martinez, CA 94553**
Number, Street, City, State & ZIP Code

**Contra Costa**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| 5. | Debtor's website (URL) | **https://www.gotrenchless.com** |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 2 of 56

| | Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|---|

List all cases. If more than 1, attach a separate list

| | District | _____ When _____ | Case number, if known _____ |
|---|---|---|---|

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 3 of 56

| Debtor | **Advanced Trenchless, Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 1, 2025**
                MM / DD / YYYY

**X /s/ Ryan Charles**                       **Ryan Charles**
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ David A. Arietta**             Date   **July 1, 2025**
Signature of attorney for debtor                  MM / DD / YYYY

**David A. Arietta**
Printed name

**Law Offices of David A. Arietta**
Firm name

**700 Ygnacio Valley Rd #150**
**Walnut Creek, CA 94596**
Number, Street, City, State & ZIP Code

Contact phone   **(925) 472-8000**      Email address   **David@Ariettalaw.com**

**167865 CA**
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**           page 4

**Fill in this information to identify the case:**

Debtor name __**Advanced Trenchless, Inc.**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*___
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 1, 2025__    X __/s/ Ryan Charles__
                                       Signature of individual signing on behalf of debtor

                                       **Ryan Charles**
                                       Printed name

                                       **President**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Advanced Trenchless, Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **BMO**<br>**PO BOX 5732**<br>**Carol Stream, IL**<br>**60797-5700** | | **operational credit card** | | | | **$100,000.00** |
| **BMO Vendor Finance**<br>**PO Box 7000 Ste 100**<br>**Tarzana, CA 91357** | | **Deficiency balance for surrendered equipment** | | | | **$149,440.00** |
| **California Department of Tax and Fee Adm**<br>**PO Box 942879**<br>**Sacramento, ca 94279** | | **CA Sales Tax from shutting down Advanced Construction Supply DBA** | | | | **$70,000.00** |
| **Commercial Collection Services, Inc.**<br>**c/o Thomas F. Jeffrey**<br>**131A Sonty Circle, Suite 521**<br>**Santa Rosa, CA 95401** | | **Commercial Collection Services, Inc. v. Advanced Trenchless, Inc.; Case No. 25CV02291** | | | | **$32,000.00** |
| **Ditch Witch West**<br>**PO BOX 35144**<br>**#5077**<br>**Seatte, WA 98124-5144** | | **vendor** | | | | **$49,000.00** |
| **Ennis Flint**<br>**PO Box 603518**<br>**Chrlotte, MS 28260-3518** | | **vendor** | | | | **$37,320.00** |
| **Equipment Share**<br>**Po Box 650429**<br>**Dallas, TX 75265-0429** | | **vendor** | | | | **$143,555.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forward Financing 53 State Street, 20th Floor Boston, MA 02109** | | **Short term unsecured loan** | | | | **$165,000.00** |
| **Grimco (Vericore) 10115 Kincey Avenue Suite 100 Huntersville, NC 28078** | | **vendor** | | | | **$63,635.00** |
| **Hanmi Bank c/o Buchalter, A Professional Corp Attn: Mark M. Scott 18400 Von Karman Avenue, Suite 800 Irvine, CA 92612-0514** | | **Hamni Bank v. Advanced Trenchless, Inc.; Case No. 30-2025-01454437-CU-BC-CJC (equipment surrendered)** | | | | **$63,400.00** |
| **Highway Safety PO BOX 1030 Chino, CA 91708** | | **vendor** | | | | **$69,943.00** |
| **JBC Safety 16750 Chestnut Street City of Industry, CA 91748** | | **vendor** | | | | **$29,985.00** |
| **Law offices of Randal M. Barnum 279 East H St Benicia, CA 94510** | | **attorney fees** | | | | **$53,163.00** |
| **Merchant Bank Equipment c/o Meesli & Kramer P.A. Joshua A. Hasko 100 South Fifth Street, Suite 1400 Minneapolis, MN 55402** | | **Merchants Bank Equipment Finance, a Division of Merchants Bank, N.A. v. Advanced Trenchless Inc., and Ryan M. Charles** | | | | **$61,000.00** |
| **Meridian Leasing 120 Newport Center Drive Newport Beach, CA** | | **Equipment loan** | | | | **$50,000.00** |
| **Morgan Bananno Development, Inc. 134 S. Jackson Way Alamo, CA 94507** | | **sub contractor owed** | | | | **$27,500.00** |
| **PEXCO LLC Tacoma 3110 70th Ave E Tacoma, WA 98424** | | **vendor** | | | | **$245,915.00** |
| **PIRS Capitol 40 SW 13th ST PH 2 Miami, FL 33130** | | **Short term unsecured loans** | | | | **$400,000.00** |

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 7 of 56

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ready Made 2635 Constitution Drive West Valley City, UT 84119** | | vendor | | | | $76,575.00 |
| **Small Business Administration 14925 Kingsport Road Fort Worth, TX 76155-2243** | | all bank accounts, machinery, equipment, furniture, fixtures, accounts receivables, and all inventory (net value after Comerica Bank lien) | | $2,000,000.00 | $133,148.78 | $1,866,851.22 |

Fill in this information to identify the case:

Debtor name    **Advanced Trenchless, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................................    $      **0.00**

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*..............................................................................    $      **536,960.00**

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*................................................................................................    $      **536,960.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.....................................    $      **2,403,811.22**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................................    $      **70,000.00**

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      **2,170,802.00**

4.    **Total liabilities** ..........................................................................................................................
   Lines 2 + 3a + 3b      $      **4,644,613.22**

Case: 25-41165    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 15:04:59    Page 9 of 56

**Fill in this information to identify the case:**

Debtor name    **Advanced Trenchless, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Fremont Bank | business checking | 5151 | $97,000.00 |
| 3.2. | Fremont Bank | business checking | | $100.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    | $97,100.00 |

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits.**
   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Retainer deposit with Law Offices of David A. Arietta for chapter 11 bankruptcy case | $30,500.00 |

Case: 25-41165    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 15:04:59    Page 10 of 56

7.2.  **Security deposit for office lease held by landlord, 4980 Pachecho Associates, LLC**        $10,000.00

---

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    | $40,500.00 |
      Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:        40,000.00        -        0.00        = ....        $40,000.00
                                    face amount                  doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                  | $40,000.00 |
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory including plumbing parts and signage materials** | | $0.00 | Market Value | $25,000.00 |

23.    **Total of Part 5.**                                                                  | $25,000.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** miscellaneous office equipment: chairs, desks, furniture, and computer equipment | $0.00 | Market Value | $5,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| | $5,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 12 of 56

47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | **OWNED VEHICLES**<br>**2015 Ford E450 work Van -**<br>**1FDXE4FS2FDA17198 - $11,000**<br>**2018 Ford Transit Van -**<br>**1FTYE2CM5JKA05554 - $4,000**<br>**2022 big Tex 14TL Trailer -**<br>**16VIC252XN4117039 - $2,000**<br>**2022 big Tex 14TL Trailer -**<br>**16V1C2525N4128157 - $2,000**<br>**2012 big Tex 12EQ Trailer-**<br>**16VEX182XC2H17051 - $1,500**<br>**Soldier Hyrdo Trailer -**<br>**1H9SS1212MN118115 - $5,000** | **$0.00** | **Market Value** | **$25,500.00** |
| 47.2. | **2022 Ford E450- Santander loan** | **$0.00** | **Comparable sale** | **$36,000.00** |
| 47.3. | **2025 Chevy 1500- Santander loan** | **$0.00** | **Comparable sale** | **$77,420.00** |
| 47.4. | **2025 Chevy 1500- Santander loan** | **$0.00** | **Comparable sale** | **$82,040.00** |
| 47.5. | **2024 Ford Transit Van- Santander loan** | **$0.00** | **Comparable sale** | **$64,250.00** |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**STIHL CIRCULAR SAW TS420 -  $150**<br>**TRIC Green Pulling Pump TW5-10309462 - $1,000**<br>**TRIC PULLING RAMS B-257 - $1,650**<br>**TRIC GREEN PULLING PUMP 6662862 - $950**<br>**DIAMOND CORE CUT CC12/HONDA MOTOR-SN CNFDG10D54190001 - $525**<br>**MULTI QUIF - VIBRATORY PLATE UNREADABLE - $400**<br>**6" FUSER  - $1,000**<br>**TRIC PULLING RAMS 982X30-227 - $1,750**<br>**TRIC Green Pulling Pump 1035727-6 - $1,500**<br>**DIAMOND CORE CUT CC12/HONDA MOTOR-SN GCB0T2441652 - $525**<br>**SPARTAN MODEL 1065 SNAKE UNK - $500**<br>**SPARTAN 1065 13827 - $500**<br>**4" MCELROY FUSER 20191A - $700**<br>**6' DE-BEADER 616077 - $700**<br>**MIKASA MTX -70HD F-3050 - $500**<br>**2019 Atlas Corpo Air Compressors  - $1,350** | **$0.00** | **Market Value** | **$13,700.00** |

| | | | |
|---|---|---|---|
| **2012 E35 Bobcat Excavator A93K15092 - $6,750**<br>**2014 E35 Bobcat Excavator A93K18723 - $7,500**<br>**2017 E35 Bobcat Excavator AR1K13407 - $8,500** | $0.00 | Comparable sale | $22,750.00 |
| **Ridgid CS12x Kit w/battery & Charger 164-009039 - $600**<br>**Ridgid 35mm 325ft Standard reel SL/HR 505-005641 - $1,200**<br>**Ridgid CS12x Kit w/battery & Charger - $600**<br>**Ridgid 35mm 325ft Standard reel SL/HR - $1,200**<br>**Ridgid CS12x Kit w/battery & Charger - $600**<br>**Ridgid 35mm 325ft Standard reel SL/HR - $1,200** | $0.00 | Market Value | $5,400.00 |
| **WACKER VIBRA PLATE 11127970 - $300**<br>**WACKER JUMPING JACK BS60-4As 5100030605/11082135 - $400**<br>**WACKER VIBRA PLATE 5000018324102.00 - $400**<br>**WACKER JUMPING JACK 5100030610 - $400**<br>**WACKER VIBRA PLATE UNREADABLE - $400**<br>**WACKER JUMPING JACK 5100030610 - $400** | $0.00 | Market Value | $2,300.00 |

51. **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.                | **$329,360.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

     ■ No<br>
     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ■ No<br>
     ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.<br>
     ■ Yes Fill in the information below.

55.      **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property**<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| | | | | |

Case: 25-41165    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 15:04:59    Page 14 of 56

| | | | |
|---|---|---|---|
| 55.1. | **Office building lease located at 4980 Pachecho Blvd., Suite B, Martinez, CA 94553** | leasehold interest | $0.00 | $0.00 |

**56.** **Total of Part 9.**

$0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:** **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** <br> **Sewer Inquest Pro Software** | $0.00 | no resale value | $0.00 |
| **61.** **Internet domain names and websites** <br> **https://www.gotrenchless.com and https://www.affinitygroundworks.com** | $0.00 | no resale value | $0.00 |
| **62.** **Licenses, franchises, and royalties** <br> **License classifications: A, B, C36, and C42** | $0.00 | no resale value | $0.00 |
| **63.** **Customer lists, mailing lists, or other compilations** <br> **Quickbooks customer list and Service Titan customer list** | $0.00 | no resale value | $0.00 |

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**

$0.00

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☑ No
☐ Yes

Case: 25-41165    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 15:04:59    Page 15 of 56

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

☐ Yes Fill in the information below.

Debtor    **Advanced Trenchless, Inc.**        Case number *(If known)* _____
      Name

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$97,100.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$40,500.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$40,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$25,000.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,000.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$329,360.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$536,960.00** + 91b. | **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$536,960.00** |

**Fill in this information to identify the case:**

Debtor name    **Advanced Trenchless, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1 Comerica Bank**
Creditor's Name

**c/o Jessica M. Simon, Esq.
Hemar, Rousso & Heald
LLP
15910 Venutra Blvd., 12th
Floor
Encino, CA 91436**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**all bank accounts, machinery, equipment, furniture, fixtures, accounts receivables, and all inventory**

Amount of claim: **$144,101.22**    Value of collateral: **$277,250.00**

**Describe the lien**
**UCC -1- primary lien, filed 7/16/18**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Santander Bank**
Creditor's Name

**3 Huntington Quad Ste
101N
Melville, NY 11747**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Ford E450- Santander loan**

Amount of claim: **$36,000.00**    Value of collateral: **$36,000.00**

**Describe the lien**
**Vehicle loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2022**
**Last 4 digits of account number**

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** **Santander Bank**
Creditor's Name

**3 Huntington Quad Ste 101N**
**Melville, NY 11747**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2025**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2025 Chevy 1500- Santander loan**

**Describe the lien**
**Vehicle loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$77,420.00       $77,420.00

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.4** **Santander Bank**
Creditor's Name

**3 Huntington Quad Ste 101N**
**Melville, NY 11747**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2025**
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2025 Chevy 1500- Santander loan**

**Describe the lien**
**Vehicle loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$82,040.00       $82,040.00

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.5** **Santander Bank**
Creditor's Name

**3 Huntington Quad Ste 101N**
**Melville, NY 11747**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2024 Ford Transit Van- Santander loan**

**Describe the lien**
**Vehicle loan**

$64,250.00       $64,250.00

---

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 19 of 56

_____
Creditor's email address, if known

**Date debt was incurred**
**2024**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**14925 Kingsport Road**
**Fort Worth, TX 76155-2243**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2020**
**Last 4 digits of account number**
**7007**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**all bank accounts, machinery, equipment, furniture, fixtures, accounts receivables, and all inventory (net value after Comerica Bank lien)**

$2,000,000.00      $133,148.78

**Describe the lien**
**SBA Loan, UCC-1 second lien, filed 4/6/20**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,403,811.22 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Comerica Bank**<br>**Attn: Gary P. Mach**<br>**36455 Corporate Drive, MC 7240**<br>**Farmington, MI 48331** | Line __2.1__ | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $70,000.00 | $70,000.00 |
|---|---|---|---|---|

**2.1**

Priority creditor's name and mailing address

**California Department of Tax and
Fee Adm
PO Box 942879
Sacramento, ca 94279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$70,000.00**    Priority amount **$70,000.00**

Date or dates debt was incurred

**2024**

Basis for the claim:
**CA Sales Tax from shutting down Advanced
Construction Supply DBA**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Allan J Coleman
6003 South 40th St Ste 5
Phoenix, AZ 85042**

Date(s) debt was incurred   11/8/2024

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim **$10,800.00**

**3.2** Nonpriority creditor's name and mailing address

**APEX
11033 Forest Place
Santa Fe Springs, CA 90670**

Date(s) debt was incurred   8/19/2024

Last 4 digits of account number   0670

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **vendor**

Is the claim subject to offset? ■ No ☐ Yes

Amount of claim **$4,630.00**

Case: 25-41165    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 15:04:59    Page 21 of 56

38400

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,445.00** |
|---|---|---|---|

**AppRiver**
**1101 Gulf Breeze Parkway Suite 200**
**Gulf Breeze, FL 32561**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __e-mail provider__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,110.00** |
|---|---|---|---|

**Badger Inc.**
**765 Teal Dr**
**Benicia, CA 94510**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __sub contractor owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**BMO**
**PO BOX 5732**
**Carol Stream, IL 60797-5700**

**Date(s) debt was incurred** __

**Last 4 digits of account number  7E15**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __operational credit card__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$149,440.00** |
|---|---|---|---|

**BMO Vendor Finance**
**PO Box 7000 Ste 100**
**Tarzana, CA 91357**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Deficiency balance for surrendered equipment__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$24,000.00** |
|---|---|---|---|

**California Concrete**
**2490 Arnold Industrial Way Ste J.**
**Concord, CA 94520**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __sub contractor owed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,625.00** |
|---|---|---|---|

**Capital Barricade**
**6001 Elvas Ave**
**sacramento, CA 95819**

**Date(s) debt was incurred  7/16/2024**

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,000.00** |
|---|---|---|---|

**Commercial Collection Services, Inc.**
**c/o Thomas F. Jeffrey**
**131A Sonty Circle, Suite 521**
**Santa Rosa, CA 95401**

**Date(s) debt was incurred  2021-2024**

**Last 4 digits of account number** __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Commercial Collection Services, Inc. v. Advanced Trenchless, Inc.; Case No. 25CV02291__

Is the claim subject to offset? ■ No ☐ Yes

---

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Design Cons**
**3350 Pacheco Blvd**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/31/2024

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Ditch Witch of the Rookies**
**900 N I-35 Service Road**
**Oklahoma City, Ok 73131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Oct-23

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,000.00** |
|---|---|---|---|

**Ditch Witch West**
**PO BOX 35144 #5077**
**Seattle, WA 98124-5144**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Sep-23

**Basis for the claim:** vendor

**Last 4 digits of account number** 1482

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$37,320.00** |
|---|---|---|---|

**Ennis Flint**
**PO Box 603518**
**Chrlotte, MS 28260-3518**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/14/2024

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$143,555.00** |
|---|---|---|---|

**Equipment Share**
**Po Box 650429**
**Dallas, TX 75265-0429**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/22/2024

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,300.00** |
|---|---|---|---|

**Evolution**
**PO BOX 3722**
**Ogden, UT 84409**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** Dec-23

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Ford Motor Credit Company LLC**
**c/o Nelson & Kennard**
**Robert S. Kennard**
**5011 Dudley Blvd, Bldg 250, Bay G**
**McClellan, CA 95652**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 11/2024

**Basis for the claim:** Ford Motor Credit Company LLC v. Advanced Trenchelss, Inc.; Case No. L24-10733

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Advanced Trenchless, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.17**

**Nonpriority creditor's name and mailing address**
Forward Financing
53 State Street, 20th Floor
Boston, MA 02109

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Short term unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

**$165,000.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**
Frontier
1338 Hersel Ave.
Lancaster, CA 93535

Date(s) debt was incurred **10/5/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$535.00**

---

**3.19**

**Nonpriority creditor's name and mailing address**
Grimco (Vericore)
10115 Kincey Avenue Suite 100
Huntersville, NC 28078

Date(s) debt was incurred **8/22/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **vendor**

Is the claim subject to offset? ☐ No ☐ Yes

**$63,635.00**

---

**3.20**

**Nonpriority creditor's name and mailing address**
Hanmi Bank
c/o Buchalter, A Professional Corp
Attn: Mark M. Scott
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514

Date(s) debt was incurred **10/2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Hamni Bank v. Advanced Trenchless, Inc.; Case No. 30-2025-01454437-CU-BC-CJC (equipment surrendered)**

Is the claim subject to offset? ■ No ☐ Yes

**$63,400.00**

---

**3.21**

**Nonpriority creditor's name and mailing address**
Highway Safety
PO BOX 1030
Chino, CA 91708

Date(s) debt was incurred **6/13/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$69,943.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**
HIGHWAY SAFETY RENTALS
PO BOX 1030
Chino, CA 91708

Date(s) debt was incurred **7/2/2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$200.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**
HP Communications
13341 temescal canyon rd
corona, ca 92883

Date(s) debt was incurred **10/28/2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$6,815.00**

---

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 24 of 56

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,680.00**

**Industrial Striping Supplies**
**1395 FAIRPLEX DR**
**Laverne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/18/2024**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,668.00**

**Innoplast**
**5718 Transportation Blvd**
**Garfield Heights, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/15/2024**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$29,985.00**

**JBC Safety**
**16750 Chestnut Street**
**City of Industry, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/8/2023**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,000.00**

**JPI Traffic Control Services, Inc.**
**c/o Daniel J. Goularte**
**7853 El Cajon Blvd., Ste C**
**La Mesa, CA 91942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/24/2023**

Basis for the claim:  **JPI Traffic Control Services, Inc. v. Advanced Trenchless, Inc.; Case No. C24-01868**

Last 4 digits of account number  **Affinity GW**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$53,163.00**

**Law offices of Randal M. Barnum**
**279 East H St**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-2025**

Basis for the claim:  **attorney fees**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,097.00**

**MAR-BAL**
**10095 Queens Way**
**Chagrin Falls, OH 44023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/5/2023**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,520.00**

**Maxwell Equipment Company**
**650 S Delong St**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/10/023**

Basis for the claim:  **vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 25 of 56

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $61,000.00 |
|---|---|---|---|

**Merchant Bank Equipment**
**c/o Meesli & Kramer P.A.**
**Joshua A. Hasko**
**100 South Fifth Street, Suite 1400**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **6/2022**

**Basis for the claim: Merchants Bank Equipment Finance, a Division of Merchants Bank, N.A. v. Advanced Trenchless Inc., and Ryan M. Charles**

Last 4 digits of account number **7002**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Meridian Leasing**
**120 Newport Center Drive**
**Newport Beach, CA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: Equipment loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,216.00 |
|---|---|---|---|

**Montroy Sign & Graphic**
**PO BOX 93000**
**Long Beach, CA 90809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/7/2023**

**Basis for the claim: vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,500.00 |
|---|---|---|---|

**Morgan Bananno Development, Inc.**
**134 S. Jackson Way**
**Alamo, CA 94507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim: sub contractor owed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,356.00 |
|---|---|---|---|

**National Signal**
**14489 Industry Circle**
**La Mirada, CA 90638**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/16/2024**

**Basis for the claim: vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,025.00 |
|---|---|---|---|

**National Stock Sign Co**
**1040 EL DORADO AVE**
**Santa Cruz, CA 95062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/31/2023**

**Basis for the claim: vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,995.00 |
|---|---|---|---|

**Pacific Products & Services**
**2411 E WINSTON RD**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/13/2023**

**Basis for the claim: vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$245,915.00** |
|---|---|---|---|

**PEXCO LLC Tacoma**
**3110 70th Ave E**
**Tacoma, WA 98424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/14/2024**

**Basis for the claim:  vendor**

Last 4 digits of account number  **3787**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400,000.00** |
|---|---|---|---|

**PIRS Capitol**
**40 SW 13th ST PH 2**
**Miami, FL 33130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct-23**

**Basis for the claim:  Short term unsecured loans**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$76,575.00** |
|---|---|---|---|

**Ready Made**
**2635 Constitution Drive**
**West Valley City, UT 84119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/20/2023**

**Basis for the claim:  vendor**

Last 4 digits of account number  **FF10**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Romero Law, APC**
**251 S. Lake Avenue, Suite 930**
**Pasadena, CA 91101**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Manuel Salvador Magallon v. Advanced Trenchless,**
**Inc.; Case No. C24-00239;**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,070.00** |
|---|---|---|---|

**S.C. Signs & Supplies**
**2411 E WINSTON RD**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/10/2024**

**Basis for the claim:  vendor**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,000.00** |
|---|---|---|---|

**San Diego Gas & Electric Company**
**c/o Janice Y. Walshok, Esq. and Victoria**
**Minnich, Esq. Pettit Kohn Ingrassia Lutz**
**& Dolin PC 11622 El Camino Real, Ste 300**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/3/2022**

**Basis for the claim:  San Diego Gas & Electric Company v. Advanced**
**Trenchless, Inc.; Case No. 25CU026154C**

Last 4 digits of account number  **5366**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,555.00** |
|---|---|---|---|

**SCL Lubricants**
**Po Box 8463**
**Pasadena, CA 91109-8463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/21/2024**

**Basis for the claim:  vendor**

Last 4 digits of account number  **5712**

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 27 of 56

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |

**Statewide Traffic Safety & Signs, Inc.**
**c/o Lanak & Hanna, P.C.**
**Charles K. Stee**
**1851 East First Steet, Suite 700**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **5/1/2024**

Basis for the claim: **Statewide Traffic Safety & Signs, Inc.  v. Advanced Trenchless, Inc.; Case No. L25-03128**

Last 4 digits of account number **9901**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,345.00** |

**Steel & Fence Supply**
**1436 Terminal Ave**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **8/16/2023**

Basis for the claim: **vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$24,700.00** |

**Svevia USA Inc/Road Max**
**13643 5th ST**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Sep-23**

Basis for the claim: **vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,156.00** |

**TAPCO**
**5100 West Brown Deer Road**
**Brown Deer, WI 53223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/5/2023**

Basis for the claim: **vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**The Construction Zone, LLC**
**c/o Law Offices Barnum & Avila**
**279 East H Street**
**Benicia, CA 94510**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **The Construction Zone, LLC v. Advanced Trenchless, Inc.; Case No. C23-02140; trade secret intangble dispute**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,181.00** |

**Three D Plastics**
**430 N VARNEY ST**
**Burbank, CA 91502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **9/13/2023**

Basis for the claim: **vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,000.00** |

**Traffic Control Pros**
**PO BOX 5127**
**Concord, CA 94524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/8/2024**

Basis for the claim: **vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 28 of 56

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,645.00 |
|------|--------|--------|--------|

**Uline**
PO Box 88741
Chicago, IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/29/2023__

Last 4 digits of account number __5399__

Basis for the claim:  __Business Credit with AG Adjustments, file #2366332_AGA__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,637.00 |
|------|--------|--------|--------|

**Vermeer**
5670 W Chandler Blvd Unit 100
Chandler, AZ 85226

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __7/28/2023__

Last 4 digits of account number __

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,695.00 |
|------|--------|--------|--------|

**White Cap**
PO Box 4944
Orlando, FL 32802-4944

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __1/23/2024__

Last 4 digits of account number __5354__

Basis for the claim:  __Business Credit with Barr Credit, file # ADL0012__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,870.00 |
|------|--------|--------|--------|

**Williams Industrial Sales**
1100 Mark Circle
POB 459, Gardnerville, NY 89410
Gardnerville, NY 89410

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __8/21/2024__

Last 4 digits of account number __

Basis for the claim:  __vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|--------|--------|--------|
| 4.1 | **Barr Credit**<br>3914 Murphy Canyon Rd#A125<br>San Diego, CA 92123 | Line __3.54__<br><br>☐ Not listed. Explain ____ | __0012__ |
| 4.2 | **MB Equipment Bank**<br>4550 West 77th Street Ste 140<br>Minneapolis, MN 55435-2033 | Line __3.31__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Pace Supply Corp.**<br>6000 State Farm Dr, #200<br>Rohnert Park, CA 94928 | Line __3.9__<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Statewide Traffic Safety**<br>4244 Mt. Pleasant Street NW<br>North Canton, OH 44720 | Line __3.45__<br><br>☐ Not listed. Explain ____ | _ |

Debtor    **Advanced Trenchless, Inc.**          Case number (if known) _____
          _____
          Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | Total of claim amounts |
|---|---|
| **5a. Total claims from Part 1** | 5a. $ 70,000.00 |
| **5b. Total claims from Part 2** | 5b. + $ 2,170,802.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ 2,240,802.00 |

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 30 of 56

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **office lease: 4980 Pacheco Blvd., Suite B, Martinez, CA 94553** | |
| State the term remaining    **2 years** | **Dennis Negherbon 4980 Pachecho Associates P.O. Box 878 Alamo, CA 94507** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **2023 Ford F350 Utility Truck** | |
| State the term remaining | **Ford Motor Credit PO Box 542000 Omaha, NE 68154** |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **2025 Chevy Suburban** | |
| State the term remaining | **GMC Financial P.O. Box 78143 Phoenix, AZ 85062** |
| List the contract number of any government contract | |

| | |
|---|---|
| Debtor name | **Advanced Trenchless, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Ryan Charles** | **4980 Pacheco Blvd., Suite B Martinez, CA 94553** | **Commercial Collection Services, Inc.** | ☐ D _____ ■ E/F __3.9__ ☐ G _____ |
| 2.2 | **Ryan Charles** | **4980 Pacheco Blvd., Suite B Martinez, CA 94553** | **Hanmi Bank** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.3 | **Ryan Charles** | **4980 Pacheco Blvd., Suite B Martinez, CA 94553** | **Merchant Bank Equipment** | ☐ D _____ ■ E/F __3.31__ ☐ G _____ |
| 2.4 | **Ryan Charles** | **4980 Pacheco Blvd., Suite B Martinez, CA 94553** | **Comerica Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Ryan Charles** | **4980 Pacheco Blvd., Suite B Martinez, CA 94553** | **Small Business Administration** | ■ D __2.6__ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:   Income

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$2,537,381.00** |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$5,701,972.00** |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$9,188,806.00** |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Case: 25-41165    Doc# 1    Filed: 07/01/25    Entered: 07/01/25 15:04:59    Page 34 of 56

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **SEE ATTACHED LIST OF VENDOR PAYMENTS** | **last 90 days** | **$342,605.70** | ■ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **Ryan Charles**<br>**4980 Pacheco Blvd., Suite B**<br>**Martinez, CA 94553**<br>**President of company** | **last 12 months** | **$127,000.00** | **draws, no salary taken, will have salary going forward** |
| 4.2.  **Jordan Bailey**<br>**4980 Pacheco Blvd., Suite B**<br>**Martinez, CA 94553**<br>**Secretary of company** | **last 12 months** | **$330,000.00** | **salary taken** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Mitsubishi HC Capital America**<br>**7201 Metro Blvd Suite 800**<br>**Minneapolis, MN 55439** | **2023 Ford F650 Stake Bed, 65,000.00, surrendered Feb,2025**<br>**2020 Ford Expedition, 30,000.00, surrendered April 11,2025**<br>**2022 Ford F350, 55,000.00, surrendered April 11, 2025**<br>**2023 Ford F350,  65,000.00, surrendered April 11, 2025**<br>**2022 Ford Transit, 40,000.00, surrendered April 11, 2025**<br>**2022 Ford F350 flat bed with Van air, 80,000.00, surrendered April 11, 2025**<br>**2023 Ford F250,  40,000.00, surrendered April 11,2025** | **February and April 2025** | **$375,000.00** |
| **Meridian IT Inc.**<br>**5142 Franklin Dr Suite B**<br>**Pleasanton, CA 94588** | **2 Wanco Arrow Boards and 3 Wanco Message boards** | **April 2025** | **$35,000.00** |

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 35 of 56

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title / Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Commercial Collections Service Inc. v. Advanced Trenchless Inc., and Ryan M. Charles<br>25CV-02291 | Collection/Breach of contract | Superior Court of California County of Sonoma 3055 Cleaveland Ave. Santa Rosa, CA 95403 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. The Construction Zone, LLC v. Advanced Trenchless, Inc.<br>C23-02140 | Business claims | Superior Court of California County of Contra Costa 725 Court Street Martinez, CA 94553 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. Ford Motor Credit Company LLC v. Advanced Trenchless, Inc.<br>L24-10733 | Collection/Breach of contract | Superior Court of California County of Contra Costa 725 Court Street Martinez, CA 94553 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.4. Hamni Bank v. Advanced Trenchless Inc., and Ryan M. Charles<br>30-2025-01454437-CU-BC-CJC | Collection/Breach of contract | Superior Court of California County of Orange 700 Civic Center Drive West Santa Ana, CA 92701 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. JPI Traffic Control Services, Inc. v. Advanced Trenchless, Inc.<br>C24-01868 | Collection/Breach of contract | Superior Court of California County of Contra Costa 725 Court Street Martinez, CA 94553 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. Merchants Bank Equipment Finance, a Division of Merchants Bank, N.A. v. Advanced Trenchless Inc., and Ryan M. Charles | Collection/Breach of contract | Superior Court of Minnesota County of Hennepin Fourth Judicial District Minneapolis, MN 55402 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. Statewide Traffic Safety and Signs, Inc. v. Advanced Trenchelss, Inc.<br>L25-03128 | Collection/Breach of contract | Superior Court of California County of Contra Costa 725 Court Street Martinez, CA 94553 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. Manuel Salvador Magallon v. Advanced Trenchless, Inc.<br>C24-00239 | Labor claim | Superior Court of California County of Contra Costa 725 Court Street Martinez, CA 94553 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. San Diego Gas & Electric Company v. Advanced Trenchless, Inc.<br>25CU026154C | Collection | San Diego Superior Court-Central 330 West Broadway San Diego, CA 92101 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 36 of 56

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of David A. Arietta<br>700 Ygnacio Valley Rd #150<br>Walnut Creek, CA 94596 | Attorney Fees (pre-bankruptcy consulting) | 5/2025 | $5,000.00 |
| | Email or website address<br>David@Ariettalaw.com | | | |
| | Who made the payment, if not debtor? | | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2. **Law Offices of David A. Arietta 700 Ygnacio Valley Rd #150 Walnut Creek, CA 94596** | **Attorney Fees (pre-bankruptcy consulting)** | **6/2025** | **$5,500.00** |
| Email or website address **David@Ariettalaw.com** | | | |
| Who made the payment, if not debtor? | | | |
| 11.3. **Law Offices of David A. Arietta 700 Ygnacio Valley Rd #150 Walnut Creek, CA 94596** | **Attorney Fees (Bankruptcy retainer)** | **6/3/2025 and 7/1/2025** | **$30,500.00** |
| Email or website address **David@Ariettalaw.com** | | | |
| Who made the payment, if not debtor? **Ryan Charles, personal funds** | | | |
| 11.4. **Law Offices of David A. Arietta 700 Ygnacio Valley Rd #150 Walnut Creek, CA 94596** | **Chapter 11 filing fee** | **7/1/2025** | **$1,738.00** |
| Email or website address **David@Ariettalaw.com** | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**  Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Names and addresses - Quickbooks customer list and Service Titan customer list**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:
    Name of plan                                                    Employer identification number of the plan
    **Paychecks- 401(k)**                                          EIN:  **45-1809949**

    Has the plan been terminated?
    ■ No
    ☐ Yes

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Comerica Bank** **39200 Six Mile Road, MC 7578** **Livonia, MI 48152** | **XXXX-3125** | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **May 2025** | **$0.00** |
| 18.2. | **Comerica Bank** **39200 Six Mile Road, MC 7578** **Livonia, MI 48152** | **XXXX-** | ■ Checking <br> ☐ Savings <br> ☐ Money Market <br> ☐ Brokerage <br> ☐ Other___ | **May 2025** | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

�).
■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** Has the debtor notified any governmental unit of any release of hazardous material?

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25.** Other businesses in which the debtor has or has had an interest
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **Advanced Trenchless, Inc.** **4980 Pacheco Blvd.** **Martinez, CA 94553** | **Underground construction** | EIN:   **45-1809949**  From-To   **4/11/2011 - present** |

**26.** Books, records, and financial statements
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Desmond Wealth Management** **1850 Mt. Diablo Blvd., Ste 630** **Walnut Creek, CA 94596** | **2014 - present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Desmond Wealth Management** **1850 Mt. Diablo Blvd., Ste 630** **Walnut Creek, CA 94596** | **2014 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Case: 25-41165   Doc# 1   Filed: 07/01/25   Entered: 07/01/25 15:04:59   Page 41 of 56

�] None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Charles | 4980 Pacheco Blvd., Suite B Martinez, CA 94553 | CEO and president | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jordan Bailey | 4980 Pacheco Blvd., Suite B Martinez, CA 94553 | Secretary | 0% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No
☐ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___July  1, 2025___

__/s/ Ryan Charles__                                      __Ryan Charles__
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    __President__

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Total payments to creditors within 90 Days | Vendor |
|---|---|
| $35,092.81 | Berkshire Hathaway - Workmans Comp |
| $14,480.00 | Coverd CA  (Health Care) |
| $70,200.07 | CCCSD Permiting |
| $11,884.14 | County Asphalt |
| $64,564.26 | General Plumbing WC |
| $12,478.00 | Barco |
| $14,904.80 | Hunt and Sons Fuel |
| $22,051.79 | Jet Equipment/ 3 Dump Trucks |
| $14,109.89 | Jet Equipment Other |
| $51,619.62 | IPFS Insurance payments |
| $41,823.14 | Liberty Insurance |
| $35,830.00 | 4980 Pacheco Associates LLC (Rent) |
| $9,176.00 | Comerica Bank. (Comerica Loan) |

$398,214.52

# United States Bankruptcy Court
## Northern District of California

In re   **Advanced Trenchless, Inc.**                               Case No. _____

                               Debtor(s)       Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 1, 2025**             Signature  **/s/ Ryan Charles**

                                                    **Ryan Charles**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                        Case No.

      **Advanced Trenchless, Inc.**

_____ Debtor(s). _____ /

<u>CREDITOR MATRIX COVER SHEET</u>

      I declare that the attached Creditor Mailing Matrix, consisting of __9__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **July 1, 2025**

                              **/s/ David A. Arietta**
                              _____
                              Signature of Debtor's Attorney or Pro Per Debtor

Allan J Coleman
6003 South 40th St Ste 5
Phoenix, AZ 85042


APEX
11033 Forest Place
Santa Fe Springs, CA 90670


AppRiver
1101 Gulf Breeze Parkway Suite 200
Gulf Breeze, FL 32561


Badger Inc.
765 Teal Dr
Benicia, CA 94510


Barr Credit
3914 Murphy Canyon Rd#A125
San Diego, CA 92123


BMO
PO BOX 5732
Carol Stream, IL 60797-5700


BMO Vendor Finance
PO Box 7000 Ste 100
Tarzana, CA 91357


California Concrete
2490 Arnold Industrial Way Ste J.
Concord, CA 94520

California Department of Tax and Fee Adm
PO Box 942879
Sacramento, ca 94279


Capital Barricade
6001 Elvas Ave
sacramento, CA 95819


Comerica Bank
c/o Jessica M. Simon, Esq.
Hemar, Rousso & Heald LLP
15910 Venutra Blvd., 12th Floor
Encino, CA 91436


Comerica Bank
Attn: Gary P. Mach
36455 Corporate Drive, MC 7240
Farmington, MI 48331


Commercial Collection Services, Inc.
c/o Thomas F. Jeffrey
131A Sonty Circle, Suite 521
Santa Rosa, CA 95401


Dennis Negherbon
4980 Pachecho Associates
P.O. Box 878
Alamo, CA 94507


Design Cons
3350 Pacheco Blvd
Martinez, CA 94553


Ditch Witch of the Rookies
900 N I-35 Service Road
Oklahoma City, Ok 73131

Ditch Witch West
PO BOX 35144 #5077
Seatte, WA 98124-5144


Ennis Flint
PO Box 603518
Chrlotte, MS 28260-3518


Equipment Share
Po Box 650429
Dallas, TX 75265-0429


Evolution
PO BOX 3722
Ogden, UT 84409


Ford Motor Credit
PO Box 542000
Omaha, NE 68154


Ford Motor Credit Company LLC
c/o Nelson & Kennard
Robert S. Kennard
5011 Dudley Blvd, Bldg 250, Bay G
McClellan, CA 95652


Forward Financing
53 State Street, 20th Floor
Boston, MA 02109


Frontier
1338 Hersel Ave.
Lancaster, CA 93535

GMC Financial
P.O. Box 78143
Phoenix, AZ 85062


Grimco (Vericore)
10115 Kincey Avenue Suite 100
Huntersville, NC 28078


Hanmi Bank
c/o Buchalter, A Professional Corp
Attn: Mark M. Scott
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514


Highway Safety
PO BOX 1030
Chino, CA 91708


HIGHWAY SAFETY RENTALS
PO BOX 1030
Chino, CA 91708


HP Communications
13341 temescal canyon rd
corona, ca 92883


Industrial Striping Supplies
1395 FAIRPLEX DR
Laverne, CA 91750


Innoplast
5718 Transportation Blvd
Garfield Heights, OH 44125

JBC Safety
16750 Chestnut Street
City of Industry, CA 91748


JPI Traffic Control Services, Inc.
c/o Daniel J. Goularte
7853 El Cajon Blvd., Ste C
La Mesa, CA 91942


Law offices of Randal M. Barnum
279 East H St
Benicia, CA 94510


MAR-BAL
10095 Queens Way
Chagrin Falls, OH 44023


Maxwell Equipment Company
650 S Delong St
Salt Lake City, UT 84104


MB Equipment Bank
4550 West 77th Street Ste 140
Minneapolis, MN 55435-2033


Merchant Bank Equipment
c/o Meesli & Kramer P.A.
Joshua A. Hasko
100 South Fifth Street, Suite 1400
Minneapolis, MN 55402


Meridian Leasing
120 Newport Center Drive
Newport Beach, CA

Montroy Sign & Graphic
PO BOX 93000
Long Beach, CA 90809


Morgan Bananno Development, Inc.
134 S. Jackson Way
Alamo, CA 94507


National Signal
14489 Industry Circle
La Mirada, CA 90638


National Stock Sign Co
1040 EL DORADO AVE
Santa Cruz, CA 95062


Pace Supply Corp.
6000 State Farm Dr, #200
Rohnert Park, CA 94928


Pacific Products & Services
2411 E WINSTON RD
Anaheim, CA 92806


PEXCO LLC Tacoma
3110 70th Ave E
Tacoma, WA 98424


PIRS Capitol
40 SW 13th ST PH 2
Miami, FL 33130

Ready Made
2635 Constitution Drive
West Valley City, UT 84119


Romero Law, APC
251 S. Lake Avenue, Suite 930
Pasadena, CA 91101


Ryan Charles
4980 Pacheco Blvd., Suite B
Martinez, CA 94553


S.C. Signs & Supplies
2411 E WINSTON RD
Anaheim, CA 92806


San Diego Gas & Electric Company
c/o Janice Y. Walshok, Esq. and Victoria
Minnich, Esq. Pettit Kohn Ingrassia Lutz
& Dolin PC 11622 El Camino Real, Ste 3
San Diego, CA 92130


Santander Bank
3 Huntington Quad Ste 101N
Melville, NY 11747


SCL Lubricants
Po Box 8463
Pasadena, CA 91109-8463


Small Business Administration
14925 Kingsport Road
Fort Worth, TX 76155-2243

Statewide Traffic Safety
4244 Mt. Pleasant Street NW
North Canton, OH 44720


Statewide Traffic Safety & Signs, Inc.
c/o Lanak & Hanna, P.C.
Charles K. Stee
1851 East First Steet, Suite 700
Santa Ana, CA 92705


Steel & Fence Supply
1436 Terminal Ave
San Jose, CA 95112


Svevia USA Inc/Road Max
13643 5th ST
Chino, CA 91710


TAPCO
5100 West Brown Deer Road
Brown Deer, WI 53223


The Construction Zone, LLC
c/o Law Offices Barnum & Avila
279 East H Street
Benicia, CA 94510


Three D Plastics
430 N VARNEY ST
Burbank, CA 91502


Traffic Control Pros
PO BOX 5127
Concord, CA 94524

Uline
PO Box 88741
Chicago, IL 60680-1741


Vermeer
5670 W Chandler Blvd Unit 100
Chandler, AZ 85226


White Cap
PO Box 4944
Orlando, FL 32802-4944


Williams Industrial Sales
1100 Mark Circle
POB 459, Gardnerville, NY 89410
Gardnerville, NY 89410

# United States Bankruptcy Court
## Northern District of California

In re   **Advanced Trenchless, Inc.**
_____

Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Advanced Trenchless, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [_Check if applicable_]

**July 1, 2025**
_____
Date

**/s/ David A. Arietta**
_____
**David A. Arietta**
Signature of Attorney or Litigant
Counsel for   **Advanced Trenchless, Inc.**
_____
**Law Offices of David A. Arietta**
**700 Ygnacio Valley Rd #150**
**Walnut Creek, CA 94596**
**(925) 472-8000 Fax:(925) 472-5925**
**David@Ariettalaw.com**